1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )    CASE NO. 2:02-cr-0349 DFL
                                    )
11                 Plaintiff,       )    STIPULATION AND ORDER MODIFYING
                                    )    ORDER ISSUED FEBRUARY 20, 2007
12       v.                         )
                                    )
13 ELDEN LEROY HOLMES,              )
                                    )
14                 Defendant.       )
   _____ )
15

16                          Background

17       On February 20, 2007, the Court entered a Memorandum of Opinion

18 and Order provisionally granting the defendant's motion to dismiss

19 the petition for violation of supervised release.  The dismissal was

20 conditioned upon the successful uploading into CODIS of the

21 defendant's DNA profile based upon his submitting, within 14 days of

22 the date of the order, a buccal sample to California authorities.

23       On March 13, 2007, the government filed an application and

24 proposed order for a stay of execution and a protective notice of

25 appeal to give the United States Solicitor General a sufficient

26 opportunity to determine whether the government would pursue an

27 appeal of the February 20 order.  C.R. 41, 42.  On April 13, 2007,

28 after the Solicitor General decided not to pursue the appeal, the

                                  1

1  government filed a motion to dismiss the appeal, which the Ninth
2  Circuit granted on April 23, 2007.

3      Since this Court's order issued, the undersigned prosecutor has
4  been in communication with the California Deputy Attorney General
5  who is lead counsel for the State's DNA Laboratory.  That
6  representative has indicated that:  the State lacks the authority to
7  either receive Mr. Holmes' buccal sample or to process the sample
8  and upload his DNA profile into CODIS, unless Mr. Holmes goes into
9  confinement in a federal prison or federal institution.[1]  Mr. Holmes
10  will not agree to this condition.  The undersigned prosecutor has
11  also been in communication with counsel for the Federal Bureau of
12  Investigation laboratory to determine a manner by which the FBI
13  laboratory may receive and process Holmes' buccal sample.  The FBI
14  has requested that eight samples be taken to ensure that enough DNA
15  material is collected to effectuate analysis and storage of the DNA
16  sample and to obviate the need to keep the violation petition open
17  while the analysis and uploading to CODIS takes place - a process
18  that will not happen immediately.

19                          Stipulation

20      The parties, through undersigned counsel, stipulate that the
21  February 20, 2007 Order may be modified by substituting the language
22  set forth in the attached proposed order in place of the language
23  ///
24  ///
25  ///
26
27
28      [1]  The defense disagrees with the State's analysis; however,
    the defense does not dispute that the State is taking this position.

                            2

///

presently contained on page 10, lines 6 through 10, of the February 20 Order.

DATED:  June 14, 2007                    McGREGOR W. SCOTT
                                         United States Attorney


                              by    /s/ Samantha S. Spangler
                                         Samantha S. Spangler
                                         Assistant U.S. Attorney

DATED:  June 14, 2007                    DANIEL A. BRODERICK
                                         Federal Defender


                              by    /s/ Mary French
                                         Mary French
                                         Assistant Federal Defender
                                         Counsel for Defendant


                                <u>Order</u>

     Good cause appearing, the Court's order of February 20, 2007, is MODIFIED to substitute the following language for the language that is presently set forth on page 10, lines 6 through 10:

     Holmes is ordered to submit to buccal sample
     collection by reporting, within 30 days of the issuance of
     this order - on a date to be arranged through his counsel,
     the prosecutor, and the probation officer - to the United
     States Probation Office in Sacramento, where eight (8)
     buccal samples will be collected from Holmes by an
     authorized representative of the FBI, who will take
     custody of the samples and make arrangements to have them
     transported to the FBI laboratory or its authorized
     representative.

     The prosecutor is directed to report to the Court,
     within five court days of Holmes' submission of the

1      samples, that he has done so.  The prosecutor shall

2      simultaneously submit a proposed order for dismissal of

3      the violation petition.

4      IT IS SO ORDERED.

5  DATED:  June 14, 2007          /s/ David F. Levi

6                                DAVID F. LEVI, JUDGE
UNITED STATES DISTRICT COURT