```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:02-cr-0349 DFL |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION AND ORDER DISMISSING PETITION FOR VIOLATION OF TERM OF SUPERVISED RELEASE |
| v. | ) | |
| ELDEN LEROY HOLMES, | ) | |
| Defendant. | ) | |

## MOTION FOR DISMISSAL OF VIOLATION PETITION

On June 28, 2007, Mr. Holmes reported to the United State Probation Office and buccal samples were taken by an FBI Evidence Recovery Technician, in accordance with the Order issued on June 14, 2007, pursuant to the parties' stipulation (C.R. 45 & 46). Accordingly, the government now moves for dismissal of the petition for violation of term of supervised release, filed October 13, 2005 (C.R. 16).

DATED: June 29, 2007                    McGREGOR W. SCOTT
                                        United States Attorney


                                    by  /s/ Samantha S. Spangler
                                        Samantha S. Spangler
                                        Assistant U.S. Attorney

1

<u>Order</u>

Good cause appearing, the petition for violation of supervised release, filed October 13, 2005, is DISMISSED.

IT IS SO ORDERED.

DATED: July 2, 2007          /s/ D. Lowell Jensen
                             D. Lowell Jensen
                             UNITED STATES DISTRICT COURT